## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DAVEY PERKINS,  )
                           )
      Plaintiff,  )      CASE NO. 3:09-00600
                           )      JUDGE HAYNES
v.  )
                           )
METROPOLITAN GOVERNMENT OF  )
NASHVILLE AND DAVIDSON COUNTY,  )
BRANDON FRITH, CORRECTIONS  )
CORPORATION OF AMERICA, and  )
CORRECT CARE SOLUTIONS, LLC,  )
                           )
      Defendants.  )

## O R D E R

Before the Court is Defendant Brandon Frith's motion to dismiss (Docket Entry No. 15) counts II and III of the Plaintiff's complaint. Based upon Plaintiff's response (Docket Entry No. 18), this motion is **GRANTED** and Plaintiff's claims II and III against Defendant Frith are **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the ___8th___ day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge